UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


LEWIS E. BROWN(#73428)

VERSUS                                          CIVIL ACTION

BURL CAIN, ET AL                                NUMBER 11-103-JJB-SCR

RULING ON MOTION TO COMPEL DISCOVERY

Before the court is the plaintiff's Motion to Compel Discovery. Record document number 39. The motion is not opposed.

On July 1, 2011, the plaintiff served the defendants with a request for production of documents.[1] In a letter dated August 22, 2011, the plaintiff advised counsel for the defendants that responses to his request for production of documents were past due.[2]

A review of the record showed that the defendants have not responded to the plaintiff's request for production of documents, and they did not file any opposition or other response to this motion.

Accordingly, the plaintiff's motion to compel discovery is granted. Defendants shall produce documents responsive to the plaintiff's request for production of documents, without objection,

---

[1] Record document number 23.

[2] Record document number 38.

by November 21, 2011.

Baton Rouge, Louisiana, October 31, 2011.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE